UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY B. HORN,
                Plaintiff,                                  Civil No. 05-1543-AS

        v.                                            O R D E R

SHANNON HORN, LAURA HORN;
JOHN DOES 1-10; unknown individuals;
and DOES 1-10; unknown business
entities,
                Defendants.

HAGGERTY, Chief Judge:

Magistrate Judge Ashmanskas issued a Findings and Recommendation [46] in this action recommending that defendants' Motion to Dismiss Plaintiff's Complaint [10] should be DENIED on the ground that this court has personal jurisdiction over defendants. No objections were filed, and the case was referred to me.

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear

1 - ORDER

error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [46] is adopted. Defendants' Motion to Dismiss Plaintiff's Complaint [10] is DENIED because this court has personal jurisdiction over defendants.

IT IS SO ORDERED.

Dated this  21  day of March, 2006.


      /s/Ancer L.Haggerty
        Ancer L. Haggerty
     United States District Judge